No. 65. ROBERT J. GAFFNEY ET AL. *v.* JAMES M. HOYT ET AL. ·Appeal from the District Court of the United States for the Northern District of Illinois. October 16, 1922. Dismissed with costs,.pursuant to the 16th Rule. *Mr. James W. Cutshaw* for appellants. *Mr. Lewis. A. Stebbins, Mr. Eugene L. Tarey* and *Mr. Paul C. L'Amoreaux* for appellees. .

No. 79. FRANK BRUNO *v.* GEORGE E. WILLIAMS, CRIMINAL SHERIFF, ETC. Appeal from the District Court of the United States for the Eastern District of Louisiana. October 19, 1922. Dismissed with costs, pursuant to the 18th Rule. *Mr. Donelson Caffery* for appellant. *Mr. A. V. Coco* for appellee.

No. 47. UNITED STATES *v.* WESTERN UNION TELEGRAPH COMPANY. Appeal from the Circuit Court of Appeals for the Second Circuit. October 23, 1922. Decree of Circuit Court of Appeals reversed in accordance with the stipulation filed herein; and cause remanded to the District Court of the United States for the Southern District of New York with directions to enter a decree dismissing the bill without prejudice and without costs to either party. *Mr. Solicitor General Beck* for the United States. *Mr. John Bassett Moore, Mr. Rush Taggart, Mr. Francis Raymond Stark* and *Mr. Joseph P. Cotton* for appellee.

No. 127. UNITED STATES *v.* SAMUEL KROHNBERG ET AL. Error to the District Court of the United States for the Southern District of New York. November 13, 1922. Dismissed, on motion of *Mr. Solicitor General Beck* for the United States. *Mr. John J. Curtin* for defendants in error.